VISKASE COMPANIES, INC.,
Plaintiff–Appellee,

v.

WORLD PAC INTERNATIONAL AG, World Pac International USA, and Sun Products Marketing Und Manufacturing AG, Defendants–Appellants.

No. 2011–1256.

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Bradford P. Lyerla, Jenner & Block LLP, of Chicago, IL, argued for plaintiff-appellee. With him on the brief were Jeffrey A. Koppy, Alexander Rozenblat, and Peter H. Hanna. Of counsel on the brief was Elaine J. Goldenberg, of Washington, DC.

Gary A. Rosen, Law Offices of Gary A. Rosen, P.C., of Ardmore, PA, argued for defendants-appellants. Of counsel on the brief were John D. Simmons, Stephen E. Murray, and Dennis J. Butler, Panitch Schwarze Belisario & Nadel, LLP, of Philadelphia, PA. Of counsel was James K. Borcia, Tressler LLP, of Chicago, IL.

NEWMAN, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.